**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**
No. 97-2493ND

| | | |
|---|---|---|
| Alan T. Rouse, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the District |
| Mutch Oil Co., Inc., a North Dakota | * | of North Dakota. |
| Corporation; Mutch Oil Co., of Grand | * | |
| Forks, Inc., a North Dakota corporation; | * | [UNPUBLISHED] |
| Paul T. Mutch, an individual; Dolores | * | |
| Mutch, an individual, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: February 12, 1998
Filed: February 20, 1998

_____

Before FAGG, JOHN R. GIBSON, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Alan T. Rouse appeals from an adverse grant of summary judgment in this diversity action. We review the district court's summary judgment decision under a well-established standard. Because this is a diversity case, we review de novo questions of state law. After reviewing the record and the parties' briefs, we are satisfied the district court correctly applied relevant state law and the record supports the district court's decision that laches bars this claim. Additionally, Rouse's contention

that the district court abused its discretion under Federal Rule of Civil Procedure 56(f) is meritless.  We thus affirm the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.